**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**Sacramento**

| | |
|---|---|
| MALIBU MEDIA, LLC, <br>     Plaintiff, <br> vs. <br> DALE NAVARRO, <br>     Defendant. | Case Number: 2:16-cv-00345-JAM-KJN <br><br> **ORDER ON PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |

THIS CAUSE came before the Court upon Plaintiff's Third Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:   Plaintiff's Motion is granted. Plaintiff shall have until December 25, 2016 to effectuate service of a summons and complaint on Defendant.

SO ORDERED this 4th day of November, 2016

/s/ John A. Mendez
**UNITED STATES DISTRICT COURT JUDGE**

1

Order on Plaintiff's Second Motion for Extension of Time Within Which to Serve Defendant
Case No.: 2:16-cv-00345-JAM-KJN